## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON MOSLEY,

         Plaintiff,

vs.

CLINICAL PATHOLOGY LABORATORIES, INC.,

         Defendant.

Case No. 2:16-cv-02746-JCM-GWF

**ORDER**

      Presently before the court is Defendant Clinical Pathology Laboratories, Inc.'s Motion to Reschedule the Early Neutral Evaluation Session (ECF No. 9), filed on December 20, 2016. Plaintiff Jason Mosley does not oppose the motion. (Notice of Non-Opposition (ECF No. 11).)

      Having reviewed and considered the motion, and good cause appearing, IT IS ORDERED that Defendant Clinical Pathology Laboratories, Inc.'s Motion to Reschedule the Early Neutral Evaluation Session (ECF No. 9) is GRANTED.

      IT IS FURTHER ORDERED that the Early Neutral Evaluation Session currently set for February 22, 2017 is RESET for Thursday, March 2, 2017. Plaintiff must report to Magistrate Judge Hoffman's chambers at 8:30 a.m. Defendant must report to Magistrate Judge Hoffman's chambers at 9:00 a.m. Confidential Early Neutral Evaluation statements must be delivered to Magistrate Judge Hoffman's chambers by 4:00 p.m. on Thursday, February 23, 2017. All other provisions in the original order (ECF No. 7) scheduling the early neutral evaluation remain in effect.

      Dated: December 22, 2016.

                                                                                     C.W. Hoffman, Jr.
United States Magistrate Judge